UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:26-CR-0078-D-BM-1

UNITED STATES OF AMERICA

v.                                                    **ORDER**

MARK ANTHONY WOOD, JR.,
    Defendant.

This matter comes before the court on the Defendant's unopposed motion to extend the pre-trial motions deadline for this matter. For good cause shown, the motion is hereby GRANTED.

It is ORDERED that the pre-trial motions deadline shall be extended until _____ July 27 _____, 2026. Responses to motions shall be filed within fourteen (14) days after the service of such motions.

SO ORDERED. This the 14 day of July, 2026.

James C. Dever III
United States District Judge

1