# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH, NORTH CAROLINA

## THE HONORABLE JAMES C. DEVER III
## UNITED STATES DISTRICT JUDGE PRESIDING

Motions to continue, either by attorneys or the United States Probation Office, are to be submitted to the court at least five (5) business days prior to the beginning of a session, absent exigent circumstances. Motions to continue filed after the deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.

## CELL PHONES ARE PROHIBITED IN THE COURTROOM.

## CRIMINAL SESSION COMMENCING ON
## August 3rd Term for 2026

**Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar.**

**MONDAY, AUGUST 3, 2026 AT 9:00AM**
**SENTENCING**
**Clemente-Albarran**, Omar                     *Interpreter Needed
**AUSA**: Lori B. Warlick                          5:26-CR-00034-1-D
**ATTY**: James E. Todd Jr.

**MONDAY, AUGUST 3, 2026 AT 9:00AM**
**SENTENCING**
**Garcia**, Jamie Gonzalez                       *Interpreter Needed
**AUSA**: Alison Nicole Lester                     7:25-CR-00124-2-D
**ATTY**: Neil Wallace Morrison

**MONDAY, AUGUST 3, 2026 AT 9:00AM**
**SENTENCING**
**Grassi**, Philip
**AUSA**: Kimberly Dixon                           5:23-CR-00134-6-D
**ATTY**: Paul K. Sun Jr / Kelly Margolis Dagger

**MONDAY, AUGUST 3, 2026 AT 9:00AM**
**SENTENCING**
**Taylor,** James Nadel
**AUSA**: Alison Nicole Lester                                5:25-CR-00202-2-D
**ATTY**: Hayes S. Ludlum


**MONDAY, AUGUST 3, 2026 AT 9:00AM**
**SENTENCING**
**Khan,** Jawed Arif
**AUSA**: Bradford M DeVoe                                5:25-CR-00292-1-D
**ATTY**: James B. Polk


**MONDAY, AUGUST 3, 2026 AT 9:00AM**
**SENTENCING**
**Freeman,** Kevin Emmanuel
**AUSA**: Ashley H Foxx                                7:24-CR-00050-3-D
**ATTY**: Damon Chetson


**MONDAY, AUGUST 3, 2026 <mark>AT 1:00PM</mark>**
**SENTENCING**
**Hernandez,** Morgan
**AUSA**: William B Van Trigt                                7:24-CR-00093-1-D
**ATTY**: Lauren Harrell Brennan


**MONDAY, AUGUST 3, 2026 AT 1:00PM**
**SENTENCING**
**Davis,** Curtis
**AUSA**: Timothy M. Severo / John P Newby                                7:24-CR-00105-2- D
**ATTY**: James M. Ayers II


**MONDAY, AUGUST 3, 2026 AT 1:00PM**
**SENTENCING**
**Dickerson,** Newrue
**AUSA**: Alison Nicole Lester                                7:25-CR-00006-5-D
**ATTY**: Damon Chetson

**MONDAY AUGUST 3, 2026 AT 1:00PM**
**REVOCATION OF SUPERVISED RELEASE HEARING**
**Dixon III** , Jesse Lee
**AUSA**: John P Newby                                     5:19-CR-00410-1-D
**ATTY**:Cindy Bembry Johnson


**MONDAY, AUGUST 3, 2026 AT 1:00PM**
**REVOCATION OF SUPERVISED RELEASE HEARING**
**Smith**, Malik Devon
**AUSA**: Kristine Louise Fritz / Tobin W Lathan          5:21-CR-00154-1-D
**ATTY**: Aaron Davison


**MONDAY, AUGUST 3, 2026 AT 1:00PM**
**REVOCATION OF SUPERVISED RELEASE HEARING**
**Sanders**, Marquese Raekwon
**AUSA**: Khari Cyrus                                      7:18-CR-00162-1-D
**ATTY**: James M. Ayers II / Rhonda Young


**THURSDAY, AUGUST 6, 2026 AT 9:00AM**
**SENTENCING**
**Whitney**, Antonio Brinson
**AUSA**: Alison Nicole Lester                            7:25-CR-00058-5-D
**ATTY**: James B. Polk


**THURSDAY, AUGUST 6, 2026 AT 9:00AM**
**SENTENCING**
**Pawluk**, Alexander Jules
**AUSA**: Alison Nicole Lester                            7:25-CR-00063-1-D
**ATTY**: Leza Lee Driscoll / Rosemary Godwin


**THURSDAY, AUGUST 6, 2026 AT 9:00AM**
**SENTENCING**
**Adams**, Steven Curtis
**AUSA**: Ethan A. Ontjes / Benjamin J Higgins            7:25-cr-00076-1-D
**ATTY**: Lauren Harrell Brennan

**THURSDAY, AUGUST 6, 2026 AT 9:00AM**
**SENTENCING**
**Miller**, Brandon Jeffrey
**AUSA**: Ethan A. Ontjes                                    7:26-CR-00004-1-D
**ATTY**: H. P. Williams Jr.


**THURSDAY, AUGUST 6, 2026 AT 9:00AM**
**REVOCATION OF SUPERVISED RELEASE HEARING**
**Nicholson**, Alton Ray
**AUSA**: Kristine Louise Fritz                              4:07-CR-00044-1-D
**ATTY**: Susanna E. Henry


**THURSDAY, AUGUST 6, 2026 AT 9:00AM**
**REVOCATION OF SUPERVISED RELEASE HEARING**
**Richardson**, Anthony Lee
**AUSA**: Logan Liles                                        5:20-CR-00158-1-D
**ATTY**:  Cindy Helene Popkin-Bradley


**THURSDAY, AUGUST 6, 2026 AT 9:00AM**
**REVOCATION OF SUPERVISED RELEASE HEARING**
**Speight Jr.** , Jimmy
**AUSA**: Kristine Louise Fritz                              5:21-CR-00242-1-D
**ATTY**:  Cindy Bembry Johnson


**THURSDAY, AUGUST 6, 2026 AT 1:00PM**
**ARRAIGNMENT & COMPETENCY HEARING**
**McLamb**, Devan Million
**AUSA**: Ashley H Foxx                                      5:23-CR-00190-1-D
**ATTY**: David W. Venable