UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:26-CR-00078-D-BM-1

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| MARK ANTHONY WOOD, JR. | |

This matter comes before the court on Defendant's unopposed motion for leave to manually file exhibits. For good cause shown, the motion is GRANTED. Defendant shall be allowed to manually file Exhibit 1 to the Defendant's Motion to Suppress [DE 26].

So ORDERED, this ____ day of _____, 2026.

_____
James C. Dever, III
United States District Judge