UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:26-CR-78-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK ANTHONY WOOD, JR. | NOTICE OF APPEARANCE |

Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above-named defendant as co-counsel in this criminal case.

Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

JAREN E. KELLY
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on this date, using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this 28th day of July, 2026.

G. ALAN DuBOIS
Federal Public Defender

***/s/ Jean-Paul Jacquet-Freese***
Jean-Paul Jacquet-Freese
Assistant Federal Public Defender
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
E-mail: Jean-Paul_Jacquet-Freese@fd.org
NC State Bar No. 57581
DC Bar No. 1619210
LR 57.1 Counsel Appointed