UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:26-CR-00078-D-BM-1

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| MARK ANTHONY WOOD, JR. | |

This matter is before the Court on defendant's request for leave to file an over-length Motion to Suppress. For good cause shown, Defendant's request for leave is ALLOWED.

So ORDERED, this **30** day of July, 2026.

James C. Dever III
United States District Judge